UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:                                           CHAPTER 13
FEDERICO HERNANDEZ                CASE NO. 12-65962
                                                          JUDGE MCIVOR
_____/

## **ORDER CONFIRMING PLAN**

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **HENSEL LAW OFFICE, PLLC**, attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$FEES BY APPLICATION** in fees and **$FEES BY APPLICATION** in expenses, and that the portion of such claim which has not already been paid, to-wit: **$FEES BY APPLICATION** shall be paid by the Trustee as an administrative expense of this case as set forth below.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ■ **OTHER:** Debtor's Chapter 13 Plan payments shall increase to $911.10 bi-weekly effective February 21, 2013.
- ■ **OTHER:** Debtor's Chapter 13 Plan payments shall increase to $1003.41 bi-weekly effective February 28, 2016.
- ■ **OTHER:** The reference for the number of months for payments in IA of the Plan is hereby stricken.
- ■ **OTHER:** The Debtor shall commit 100% of all federal tax refunds entitled to during the pendency of the case.

APPROVED:                                                              APPROVED:

/s/ David Wm. Ruskin                               */S/ Thomas M. Hensel, Jr.*
DAVID WM. RUSKIN (P26803)                 THOMAS M. HENSEL, JR. (P60469)
CHAPTER 13 TRUSTEE                                 ATTORNEY FOR DEBTOR

.

**Signed on February 27, 2013**

                                                         /s/ Marci B. McIvor
                                                         Marci B. McIvor
                                                         United States Bankruptcy Judge